ACCEPTED
15-25-00064-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/22/2025 11:21 AM
CHRISTOPHER A. PRINE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
(512) 936-1700
8/22/2025 11:21:53 AM
Eric.Abels@oag.texas.gov
CHRISTOPHER A. PRINE
Clerk

ERIC S. ABELS
Assistant Attorney General

August 22, 2025

**Via File&Serve Texas**

Christopher A. Prine, Clerk of Court
Fifteenth Court of Appeals

   Re:   No. 15-25-00064-CV; *Texas State Board of Social Worker Examiners, et al., v. Katherin Youniacutt and Tammy Thompson*

Dear Mr. Prine:

   I am writing to advise the Court of my withdrawal for Appellants Texas State Board of Social Worker Examiners, et al., in the above referenced case, as I am leaving my employment with the Office of the Attorney General. Assistant Beth Klusmann will remain as lead counsel in the above-referenced case.

                    Respectfully submitted.

                    /s/ Eric S. Abels

                    Eric S. Abels
                    Assistant Attorney General

cc: all counsel of record (via E-file)

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Villarreal on behalf of Beth Klusmann
Bar No. 24036918
nancy.villarreal@oag.texas.gov
Envelope ID: 104727132
Filing Code Description: Letter
Filing Description: 20250822 Youniacutt 152500064 Eric Abels_Attorney Withdrawal_Final
Status as of 8/22/2025 11:27 AM CST

Associated Case Party: Katherin Youniacutt and Tammy Thompson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Arif Panju | 24070380 | apanju@ij.org | 8/22/2025 11:21:53 AM | SENT |
| James T. Knight II | | jknight@ij.org | 8/22/2025 11:21:53 AM | SENT |

Associated Case Party: Texas State Board of Social Workers Examiners, et al.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| John Ramsey | 24051227 | John.Ramsey@oag.texas.gov | 8/22/2025 11:21:53 AM | SENT |
| Beth Klusmann | | beth.klusmann@oag.texas.gov | 8/22/2025 11:21:53 AM | SENT |
| Ali Thorburn | 24125064 | ali.thorburn@oag.texas.gov | 8/22/2025 11:21:53 AM | SENT |
| Eric Abels | | Eric.Abels@oag.texas.gov | 8/22/2025 11:21:53 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 8/22/2025 11:21:53 AM | SENT |
| Andrew Ward | | andrew.ward@ij.org | 8/22/2025 11:21:53 AM | SENT |
| Ashlynn Acosta | | aacosta@ij.org | 8/22/2025 11:21:53 AM | SENT |
| Claire Purple | | cpurple@ij.org | 8/22/2025 11:21:53 AM | SENT |